FORM CLA–001
REVISED 01/12/2012

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

In re:                                                                 Case No.: 4:18–bk–11238–BMW

DAVID A. MURPHY                                     Chapter: 7
45815 WEST STARLIGHT DRIVE
MARICOPA, AZ 85139
**SSAN:** xxx–xx–4947
**EIN:**

PATRICIA K. MURPHY
45815 WEST STARLIGHT DRIVE
MARICOPA, AZ 85139
**SSAN:** xxx–xx–7512
**EIN:**

Debtor(s)

## NOTICE FIXING LAST DATE TO FILE CLAIMS

**NOTICE IS HEREBY GIVEN THAT:**

1.   All Creditors of the above–named estate are required to file their claim pursuant to Bankruptcy Rule 3002(c) (5) on or before **September 5, 2019** in order to participate in the distribution of funds available. Any creditor who has previously filed a claim need not file again. Please be advised that filing a claim does not guarantee that you will receive payment on that claim. Whether you receive payment and the amount of any payment depends upon the amount of funds in the estate and whether there are administrative costs and priority claims to be paid.

2.   For governmental units, a proof of claim must be filed by the aforementioned deadline or 180 days after the date of the order for relief in this case, whichever is later.

3.   The proof of claim form can be obtained at the court's front counter and self help centers as well as access to fillable PDF versions on the court's website www.azb.uscourts.gov. If you are a creditor (the person who is owed money in a bankruptcy case) and are not represented by an attorney, you may also file a Proof of Claim and upload PDF attachments via an online form on the court's website.

4.   YOU ARE FURTHER NOTIFIED THAT if a distribution is to be declared for creditors, it will not be made until conclusion of the administration of this estate by the trustee. At a later date, you will be given notice of the trustee's final account and report and the proposed distribution.

**Date: June 5, 2019**

**Address of the Bankruptcy Clerk's Office:**                           Clerk of the Bankruptcy Court:
U.S. Bankruptcy Court, Arizona
38 S. Scott Avenue                                                      **George Prentice**
Tucson, AZ 85701–1704
Telephone number:  (520) 202–7500
www.azb.uscourts.gov